October 1, 2026

To the Honorable Judge Pitman,

My name is Jacqueline Stone, and Dave Stone has been my partner for over 20 years. I hope this letter will provide more understanding of the man I know and love, as well as the deep remorse he feels and the accountability he has taken for his mistakes.

When I had our son, Luke, Dave was already a father to my three children from my prior marriage. For the first time, I suffered from postpartum depression, and within a few months I lost my dad. Dave took over and took care of me, our newborn, and my children. He got them to school, violin and softball practices. He took care of everything from diapers to dinner and at the same time was rebuilding a business. I don't know how I would have survived this time in my life without Dave by my side and all of the support that he has provided our family.

When we finally sat our son down to fill him in on Dave's guilty plea to obstructing the payment of unpaid employment taxes and his potential incarceration, he had one question for his dad. "Why didn't you just pay the money you owed?" Dave's response was that he wished he would have. He told Luke he knew how wrong his actions were, and that he had to face the consequences now. That conversation was one of the hardest I imagine that he has ever had, and it changed him. It was never more clear how wrong Dave knew he had been in his actions with the IRS, and how much he regrets them.

Throughout his life, Dave has always been strongly committed to his values and dedicated to doing his part to make his community a better place. He's rescued dozens of animals, works to ensure that his employees can support and be there for their families, and always participates in local and national elections. He is the one to remind our children to keep up their voter registration and to encourage them to stay informed on current events. The year his only son will become old enough to vote, Dave lost his right to vote. His mistakes cost him that milestone. He understands that he is the one responsible for losing this privilege, and every day he is remorseful for that and serves as an example of what not to do. We have all learned that lesson, but most of all Dave.

Everyone who knows Dave would first describe him as an incredibly hard worker and the backbone of the Engineered Metals Company. He has been dedicated to working as much as he can to ensure that he can pay back the IRS while also keeping his company going, supporting his family, and continuing to provide jobs for his many employees who depend on the company to support their families. Without Dave, I don't know how our family would be able to carry on, if his company would be able to function.

Dave is my everything, and I hope my letter has given a better idea of how he has taken accountability and his remorse for his actions. He knows that he made a serious mistake, and understands he has to face the consequences. He deeply regrets his choices that brought us here. I hope he is given the opportunity and privilege to continue working to pay back the money he owes, and to show his son that you can make a mistake and have the time to make it right.

Thank you for your time.

Respectfully,

Jacqueline Stone

EXHIBIT

80

exhibitsticker.com

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **NO: AU:26-CR-00166(1)-RP** |
| | § | |
| **DAVID J. STONE,** | § | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2026, a true and correct copy of the supplemental Exhibit 8o was served electronically on all counsel of record and on the U.S. Probation Office via ECF.

*/s/ Lawrence Brown, Jr.*
LAWRENCE BROWN, Jr.
Counsel for Defendant