LawDepot®

Sequiter Inc.
[redacted]
Los Angeles, CA 91789
U.S.A.
www.lawdepot.com

Final Details for your Order #LWS-032625-161542-040

Order Placed: March 26, 2025 06:15 PM ET

## Items Ordered

| | |
|---|---|
| Unlimited Access - Monthly (USA) | $0.00 |
| | Subtotal: $0.00 |
| All prices in USD | Total: $0.00 |

**Payment Information:**
Visa ****4615
Transaction Type: Purchase

**Billed To:**
[redacted]@gmail.com
David Stone

## Contact Us

www.lawdepot.com/help/

1-[redacted]-8424
Mon-Fri 8am - 7pm ET

**Your Unlimited Access - Monthly will renew monthly at the regular price, charged to the payment method you provided (by default).**

**To set your Unlimited Access - Monthly to not renew, visit https://www.lawdepot.com/cancel/**

©2002-2025 LawDepot.com®

**Exhibit**
1

GODADDY VERIFIED & SECURED VERIFY SECURITY

VIKINGCLOUD TRUSTED COMMERCE CLICK TO VALIDATE

BBB ACCREDITED BUSINESS BBB Rating: A+ As of 4/21/2025 Click for Profile

Your use of this site is subject to our Terms of Use, Disclaimer, Privacy Policy and Editorial Policy. LawDepot is not a law firm and cannot provide legal advice. We provide information and software and you are responsible for appropriately using this material. ©2002-2025 LawDepot® (Sequiter Inc.). All Rights Reserved. This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

| LWS # | Name | Data Type | Code | Product | Country | Date Modified |
| --- | --- | --- | --- | --- | --- | --- |
| | working_answers | Loan Agreement | BLOAN | Loan Agreement | US | 2025-03-26 16:14:36.453000 |

**User Answer Data**
[toggle]
ver=yudox2&RBLenderBorrower=Borrower&loanPurpose=Debts+or+bills&governingLaw=TX&governingLaw:Other=TX&loanAmount=1000000&interestCharged=yes&interestAmountCharged=3&interestCompoundedDD=yearly&loanStartDate=2010-01-01&repaymentMethod=other&periodicFreq=month&repayOther=The+borrower+will+make+payments+as+they+are+able.&YNearlyRepay=no&defaultPenalty=no&RBlatePenalty=late+fee&lateFee=&graceDays=&interestPenalty=&numOfLenders:Num=1&1:lenderType=corporation&1:lenderName=The+Engineered+Metals+Company+LLC&1:lenderAddr=Morrison%2c+CO%2c+USA&numOfBorrowers:Num=1&1:borrowerType=individual&1:borrowerName=David+Stone&1:borrowerAddr=Morrison%2c+CO%2c+USA&YNcosign=no&numOfCosign:Num=1&1:cosignType=individual&1:cosignName=&1:cosignAddr=&collateralYN=no&collateralDescription=&extraClausesYN=no&extraClauseNum:Num=1&1:extraClause=&isWitnessed=no&typeOfWitness=witness&lenderJuris=TX&lenderJuris:Other=TX&borrowerJuris=TX&borrowerJuris:Other=TX&cosignerJuris=TX&cosignerJuris:Other=TX&executionDate:Option=u&executionDate:Date=2025-03-26&

| LWS # | Name | Data Type | Code | Product | Country | Date Modified |
| --- | --- | --- | --- | --- | --- | --- |
| | working_answers | Residential Rental Application | RRAPP | Residential Rental Application | US | 2023-04-19 09:31:57.917000 |

**User Answer Data**
[toggle]
ver=yudox2&propertyType=house&propertyTypeOtherDesc=&governingLaw=TX&governingLaw:Other=&Suite=&tqStreet=10219+Sandbrook+Hill&tqCity=San+Antonio&stateQIE=CO&stateQIE:Other=&tqZipCode=78254&sdqAvailability=2023-05-01&ynParking=no&tqParkingDescription=&parkingSpaces=&ynPets=yes&ynSmoking=no&ynMarijuana=no&ynWaterbeds=no&ynPetDeposit=no&ntqPetDeposit=&ynPetRestrictions=no&repeatPetRestriction:Num=1&1:tqPetRestriction=&ynLeaseDetails=no&renewalTermType=fixedTerm&tqMinimumTerm=&ynApplicaitonFee=no&ntqApplicationFee=0&requestAadhaarNumber=no&SSN=no&cbRentalHistory=true&cbEmployment=true&cbIncome=true&cbCredit=true&cbCriminal=false&YNbankruptcies=yes&ManagerName=Jacqueline+Stone&ManagerPhone=(210)+569-9914&ManagerAddress=stonesincolor%40gmail.com&chkPrint=false&chkReview=false&chkEnsure=false&chkShow=false&chkAsk=false&chkInterview=false&chkBackgroundCheck=false&chkFairHousing=false&chkReslse=false&chkInspectionReport=false&chkRentReciept=false&