# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **NO: AU:26-CR-00166(1)-RP** |
| | § | |
| **DAVID J. STONE,** | § | |

## <u>SUPPLEMENTAL MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION FOR DOWNWARD VARIANCE</u>

NOW COMES, DAVID J. STONE, Defendant, by and through his attorney of record, and respectfully submits this Supplemental Memorandum in support of Defendant's Motion for Downward Variance:

For ten consecutive weeks, beginning July 31, 2026, Mr. Stone, through counsel, mailed a check in the amount of $10,000, payable to the Internal Revenue Service (IRS). The spreadsheet attached at **Exhibit 11** shows the date each check was mailed, the date counsel received the return receipt, and the date each check was negotiated by the IRS. At **Exhibit 12** are copies of the cover letters, the front of each check, the return receipts, and the canceled/negotiated checks. At **Exhibit 13** is a copy of an IRS account transcript showing the application of the funds.

Respectfully submitted,

Dated: <u>October 5, 2026</u>

<u>*/s/ Lawrence Brown, Jr.*</u>

LAWRENCE BROWN, Jr.
BROWN, PC
500 Main Street, Suite 400
Fort Worth, TX 76102
Phone: (817) 870-0025
Fax: (817) 870-0515
Lawrence.Brown@browntax.com
COUNSEL FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2026, a true and correct copy of the above and foregoing pleading was served electronically on all counsel of record and on the U.S. Probation Office via ECF.

*/s/ Lawrence Brown, Jr.*
LAWRENCE BROWN, Jr.
Counsel for Defendant