**Stone - Payments to IRS 4Q 2005**

| Check No. | | Amount | Mailed | CMRR Rcv'd | Canceled Check | Applied to CIVPEN |
|---|---|---|---|---|---|---|
| 18097 | $ | 10,000.00 | 7/31/2026 | 8/11/2026 | 8/5/2026 | 4Q 2005 |
| 18908 | $ | 10,000.00 | 8/4/2026 | 8/13/2026 | 8/11/2026 | 4Q 2005 |
| 18909 | $ | 10,000.00 | 8/11/2026 | 8/31/2026 | 8/19/2026 | 2Q 2005 |
| 18100 | $ | 10,000.00 | 8/17/2026 | 8/31/2026 | 8/21/2026 | 4Q 2005 |
| 18101 | $ | 10,000.00 | 8/24/2026 | 8/31/2026 | 8/27/2026 | 4Q 2005 |
| 18102* | $ | 10,000.00 | 8/31/2026 | 9/10/2026 | 9/8/2026 | |
| 18103 | $ | 10,000.00 | 9/8/2026 | 9/21/2026 | 9/14/2026 | |
| 18104* | $ | 10,000.00 | 9/14/2026 | 9/21/2026 | 9/17/2026 | |
| 18105 | $ | 10,000.00 | 9/21/2026 | 9/30/2026 | 9/24/2026 | |
| 18106 | $ | 10,000.00 | 9/28/2026 | 10/5/2026 | | |
| **Payment sent to IRS by Kendall County Abstract Co.** | | | | | | |
| 51038 | $ | 358,463.89 | | | 6/16/2026 | 1Q 2004 |
| Voluntary Pymnts | $ | 100,000.00 | | | | |
| | $ | 458,463.89 | | | | |

EXHIBIT

11

exhibitsticker.com