# BROWN, PC

July 31, 2026

***Via CMRR: 9589 0710 5270 2240 1220 99***
Internal Revenue Service Center
Austin, Texas 73301-0010

RE: *David J. Stone // TIN:*
*Payment of Trust Fund Recovery Penalty*

To whom it might concern:

Enclosed, please find check number 18097 in the amount of $10,000.00.

Pursuant to IRS Revenue Procedure 2002-26, my client, David J. Stone, TIN: hereby designates this voluntary payment **only to the Trust Fund Recovery Penalty (CIVPEN)** assessed against him for the fourth quarter of 2005 (4Q 2005).

Sincerely,

*/s/ Lawrence Brown*

Lawrence Brown

LB/kab

Enclosure: as stated

cc: IRS – RACS
Attn.: Mail Stop 6261, Restitution
333 W. Pershing Avenue
Kansas City, MO 64108

EXHIBIT
12

exhibitsticker.com

**THE ENGINEERED METALS COMPANY** 18097

HOLD TO LIGHT TO VIEW TRUE WATERMARK IN PAPER HEAT SENSITIVE RED LOCK DISAPPEARS WHEN HEATED

18097

**The Engineered Metals Company**
21442 Spinning Wheel Trail
Morrison, CO 80465

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com
32-61/1110

PAY Ten thousand dollars and —

DATE 7/27/26

AMOUNT $10,000 00/xx

TO THE ORDER OF US Treasury - IRS

TO BE APPLIED ONLY TO THE 4Q 2005 TRUST FUND RECOVERY PENALTY (CIVPEN) LIABILITY OF DAVID J. STONE / TIN:

AUTHORIZED SIGNATURE

Security features. Details on back.

BROWN.PC
201 MAIN STREET, SUITE 1550
FORT WORTH, TEXAS 76102

CERTIFIED MAIL®

9589 0710 5270 2240 1220 99

Internal Revenue Service Center
Austin, Texas 73301-0010

## SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: RECEIVED AUG 1 1 2026

Internal Revenue Service Center
Austin, Texas 73301-0010

STO

9590 9402 8246 3094 6287 41

2. Article Number *(Transfer from service label)*

9589 0710 5270 2240 1220 99

## *COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

861 RECEIVED 861

AUG 03 2026

IRS-AUSTIN, TEXAS

3. Service Type

- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

Post date: 08/05/2026

Amount: $ 10000.00

Account:

Check Number: 18097

18097

The Engineered Metals Company

CHASE

JPMorgan Chase Bank, N.A.

32-61/1110

ELECTRONICALLY PROCESSED ON 080426

PAY Ten thousand dollars only

UNITED STATES TREASURY

DATE 7/27/26

AMOUNT $ 10,000 00/xx

TO THE ORDER OF U S Treasury - IRS

TO BE APPLIED ONLY TO THE HQ 2005 TRUST FUND RECOVERY PENALTY (CIVPEN) LIABILITY OF DAVID J. STONE / TIN:

AUTHORIZED SIGNATURE

FRB CLEVELAND
> 041036033 <[redacted]
US Treas DG - OTCNET
08/04/2026

2009180001

© 2016 JPMorgan Chase & Co.

BROWN, PC

August 4, 2026

***Via CMRR: 9589 0710 5270 2240 1221 05***
Internal Revenue Service Center
Austin, Texas 73301-0010

RE: *David J. Stone // TIN:*
*Payment of Trust Fund Recovery Penalty*

To whom it might concern:

Enclosed, please find check number 18098 in the amount of $10,000.00.

Pursuant to IRS Revenue Procedure 2002-26, my client, David J. Stone, TIN: hereby designates this voluntary payment **only to the Trust Fund Recovery Penalty (CIVPEN)** assessed against him for the fourth quarter of 2005 (4Q 2005).

Sincerely,

*/s/ Lawrence Brown*

Lawrence Brown

LB/kab

Enclosure: as stated

cc: IRS – RACS
Attn.: Mail Stop 6261, Restitution
333 W. Pershing Avenue
Kansas City, MO 64108

**THE ENGINEERED METALS COMPANY** 18098

HOLD TO LIGHT TO VIEW TRUE WATERMARK IN PAPER HEAT SENSITIVE RED LOCK DISAPPEARS WHEN HEATED

18098

**The Engineered Metals Company**
21442 Spinning Wheel Trail
Morrison, CO 80465

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com
32-61/1110

PAY Ten thousand dollars only

DATE 8/3/26

AMOUNT $10,000 00/xx

TO THE ORDER OF U S Treasury - IRS

TO BE APPLIED ONLY TO THE 4Q 2005 TRUST FUND RECOVERY PENALTY (CIVPEN) LIABILITY OF DAVID J. STONE / TIN:

AUTHORIZED SIGNATURE

Security features. Details on back.

BROWN, PC

201 MAIN STREET, SUITE 1550
FORT WORTH, TEXAS 76102

CERTIFIED MAIL®

9589 0710 5270 2240 1221 05

Internal Revenue Service Center
Austin, Texas 73301-0010

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

RECEIVED AUG 1 3 2026

1. Article Addressed to:

Internal Revenue Service Center
Austin, Texas 73301-0010

STO

9590 9402 8246 3094 6287 27

2. Article Number *(Transfer from service label)*

9589 0710 5270 2240 1221 05

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

860

AUG 07 2026

IRS-AUSTIN, TEXAS

3. Service Type

- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

Post date: 08/11/2026

Amount: $ 10000.00

Account:

Check Number: 18098



18098

The Engineered Metals Company

CHASE

32-61/1110

ELECTRONIC UNITED STATES TREASURY 081026

PAY Ten thousand dollars only

DATE 8/3/26

AMOUNT $10,000 00/00

TO THE ORDER OF U S Treasury - IRS

TO BE APPLIED ONLY TO THE 4Q 2005 TRUST FUND RECOVERY PENALTY (CIVPEN) LIABILITY OF DAVID J. STONE / TIN:

AUTHORIZED SIGNATURE



FRB CLEVELAND

> 041036033 <[redacted]

US Treas DG - OTCNET

08/10/2026

2009180001

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY

© 2016 JPMorgan Chase & Co.

# BROWN, PC

August 11, 2026

***Via CMRR: 9589 0710 5270 2240 1221 29***
Internal Revenue Service Center
Austin, Texas 73301-0010

RE: *David J. Stone // TIN:*
*Payment of Trust Fund Recovery Penalty*

To whom it might concern:

Enclosed, please find check number 18099 in the amount of $10,000.00.

Pursuant to IRS Revenue Procedure 2002-26, my client, David J. Stone, TIN: hereby designates this voluntary payment **only to the Trust Fund Recovery Penalty (CIVPEN)** assessed against him for the fourth quarter of 2005 (4Q 2005).

Sincerely,

*/s/ Lawrence Brown*

Lawrence Brown

LB/kab

Enclosure: as stated

cc: IRS – RACS
Attn.: Mail Stop 6261, Restitution
333 W. Pershing Avenue
Kansas City, MO 64108

**THE ENGINEERED METALS COMPANY** 18099

HOLD TO LIGHT TO VIEW TRUE WATERMARK IN PAPER   HEAT SENSITIVE RED LOCK DISAPPEARS WHEN HEATED

18099

**The Engineered Metals Company**
21442 Spinning Wheel Trail
Morrison, CO 80465

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com
32-61/1110

PAY Ten thousand dollars only

DATE 8/10/26

AMOUNT $10,000 00/xx

TO THE ORDER OF US TREASURY - IRS

TO BE APPLIED ONLY TO THE 4Q 2005 TRUST FUND RECOVERY PENALTY (CIVPEN) LIABILITY OF DAVID J. STONE/TIN:

AUTHORIZED SIGNATURE

Security features. Details on back.

BROWN, PC
201 Main Street, Suite 1550
Fort Worth, Texas 76102

CERTIFIED MAIL

9589 0710 5270 2240 1221 36

FP US POSTAGE
$ 10.98º
First-Class - IMI
ZIP 76102
08/11/2026
032A 0061865540

IRS – RACS
Attn.: Mail Stop 6261, Restitution
333 W. Pershing Avenue
Kansas City, MO 64108

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>**X** ☐ Agent ☐ Addressee<br>B. Received by *(Printed Name)* C. Date of Delivery |
| 1. Article Addressed to: RECEIVED AUG 31 2026<br>Internal Revenue Service Center<br>Austin, Texas 73301-0010<br><br>STO | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>861 RECEIVED 861<br>AUG 17 2026<br>IRS-AUSTIN, TEXAS |
| 9590 9402 8246 3094 6294 96 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☑ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500)<br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number *(Transfer from service label)*<br>9589 0710 5270 2240 1221 29 | |

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

| | | | |
|---|---|---|---|
| Post date: | 08/19/2026 | Account: | |
| Amount: | $ 10000.00 | Check Number: | 18099 |


18099

The Engineered Metals Company

CHASE

JPMorgan Chase Bank, N.A.

32-61/1110

ELECTRONICALLY PROCESSED ON 081826

PAY Ten thousand dollars only

DATE 8/10/26

AMOUNT $10,000.00

UNITED STATES TREASURY

TO THE ORDER OF U S TREASURY - IRS

TO BE APPLIED ONLY TO THE 4Q 2005 TRUST FUND RECOVERY PENALTY (CIVPEN) LIABILITY OF DAVID J. STONE/TIN:

AUTHORIZED SIGNATURE


FRB CLEVELAND

> 041036033 <[redacted]

US Treas DG - OTCNET

08/18/2026

2009160001

NAME OF FINANCIAL INSTITUTION

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY

© 2016 JPMorgan Chase & Co.

# BROWN, PC

August 17, 2026

***Via CMRR: 9589 0710 5270 2240 1221 50***
Internal Revenue Service Center
Austin, Texas 73301-0010

RE: *David J. Stone // TIN:*
*Payment of Trust Fund Recovery Penalty*

To whom it might concern:

Enclosed, please find check number 18100 in the amount of $10,000.00.

Pursuant to IRS Revenue Procedure 2002-26, my client, David J. Stone, TIN: hereby designates this voluntary payment **only to the Trust Fund Recovery Penalty (CIVPEN)** assessed against him for the fourth quarter of 2005 (4Q 2005).

Sincerely,

*/s/ Lawrence Brown*

Lawrence Brown

LB/kab

Enclosure: as stated

cc: IRS – RACS
Attn.: Mail Stop 6261, Restitution
333 W. Pershing Avenue
Kansas City, MO 64108

**THE ENGINEERED METALS COMPANY** 18100

HOLD TO LIGHT TO VIEW TRUE WATERMARK IN PAPER HEAT SENSITIVE RED LOCK DISAPPEARS WHEN HEATED

18100

**The Engineered Metals Company**
21442 Spinning Wheel Trail
Morrison, CO 80465

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com
32-61/1110

PAY Ten thousand dollars 00/xx

DATE 8/17/26

AMOUNT $10,000 00/xx

TO THE ORDER OF US Treasury - IRS

TO BE APPLIED ONLY TO THE 4Q 2005 TRUST FUND RECOVERY PENALTY (CIVPEN) LIABILITY OF DAVID J. STONE/TIN:

AUTHORIZED SIGNATURE

Security features. Details on back.

BROWN, PC

201 MAIN STREET, SUITE 1550
FORT WORTH, TEXAS 76102

CERTIFIED MAIL®

9589 0710 5270 2240 1221 50

Internal Revenue Service Center
Austin, Texas 73301-0010

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

RECEIVED AUG 31 2026

Internal Revenue Service Center
Austin, Texas 73301-0010

STO

9590 9402 8246 3094 6294 72

2. Article Number *(Transfer from service label)*

9589 0710 5270 2240 1221 50

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

860 RECEIVED 860

AUG 19 2026

IRS-AUSTIN, TEXAS

3. Service Type

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

Post date: 08/21/2026

Amount: $ 10000.00

Account:

Check Number: 18100







© 2016 JPMorgan Chase & Co.

BROWN, PC

August 24, 2026

***Via CMRR: 9589 0710 5270 2240 1221 74***
Internal Revenue Service Center
Austin, Texas 73301-0010

RE: *David J. Stone // TIN:*
*Payment of Trust Fund Recovery Penalty*

To whom it might concern:

Enclosed, please find check number 18101 in the amount of $10,000.00.

Pursuant to IRS Revenue Procedure 2002-26, my client, David J. Stone, TIN: hereby designates this voluntary payment **only to the Trust Fund Recovery Penalty (CIVPEN)** assessed against him for the fourth quarter of 2005 (4Q 2005).

Sincerely,

*/s/ Lawrence Brown*

Lawrence Brown

LB/kab

Enclosure: as stated

cc: IRS – RACS
Attn.: Mail Stop 6261, Restitution
333 W. Pershing Avenue
Kansas City, MO 64108



B

**THE ENGINEERED METALS COMPANY** 18101

HOLD TO LIGHT TO VIEW TRUE WATERMARK IN PAPER HEAT SENSITIVE RED LOCK DISAPPEARS WHEN HEATED

18101

**The Engineered Metals Company**
21442 Spinning Wheel Trail
Morrison, CO 80465

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com
32-61/1110

PAY Ten thousand dollars only

DATE 8/24/26

AMOUNT $10,000 00/100

TO THE ORDER OF US Treasury - IRS

TO BE APPLIED ONLY TO THE 4Q 2005 TRUST FUND RECOVERY PENALTY CCIVPEN LIABILITY OF DAVID J. STONE // TIN:

AUTHORIZED SIGNATURE

Security features. Details on back.

BROWN, PC
201 MAIN STREET, SUITE 1550
FORT WORTH, TEXAS 76102

CERTIFIED MAIL®

9589 0710 5270 2240 1221 74

Internal Revenue Service Center
Austin, Texas 73301-0010

## SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

RECEIVED AUG 3 1 2026

1. Article Addressed to:

Internal Revenue Service Center
Austin, Texas 73301-0010

STO

9590 9402 8246 3094 6292 43

2. Article Number *(Transfer from service label)*

9589 0710 5270 2240 1221 74

## *COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

861 RECEIVED 861

AUG 26 2026

IRS-AUSTIN, TEXAS

3. Service Type

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

Post date: 08/28/2026

Amount: $ 10000.00

Account:

Check Number: 18101

18101

The Engineered Metals Company

CHASE

JPMorgan Chase Bank, N.A.

32-61/1110

UNITED STATES TREASURY

ELECTRONICALLY PROCESSED ON 082726

PAY Ten thousand dollars only

DATE 8/24/26

AMOUNT $ 10,000 00/xx

TO THE ORDER OF U S Treasury - IRS

TO BE APPLIED ONLY TO THE 4Q 2005 TRUST FUND RECOVERY PENALTY (CIVPEN) LIABILITY OF DAVID J. STONE //TIN:

FRB CLEVELAND

> 041036033 <[redacted]

US Treas DG - OTCNET

08/27/2026

NAME OF FINANCIAL INSTITUTION

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY

© 2016 JPMorgan Chase & Co.

# BROWN, PC

August 31, 2026

***Via CMRR: 9589 0710 5270 2240 1221 98***
Internal Revenue Service Center
Austin, Texas 73301-0010

RE: *David J. Stone // TIN:*
*Payment of Trust Fund Recovery Penalty*

To whom it might concern:

Enclosed, please find check number 18102 in the amount of $10,000.00.

Pursuant to IRS Revenue Procedure 2002-26, my client, David J. Stone, TIN hereby designates this voluntary payment **only to the Trust Fund Recovery Penalty (CIVPEN)** assessed against him for the fourth quarter of 2005 (4Q 2005).

Sincerely,

*/s/ Lawrence Brown*

Lawrence Brown

LB/kab

Enclosure: as stated

cc: IRS – RACS
Attn.: Mail Stop 6261, Restitution
333 W. Pershing Avenue
Kansas City, MO 64108

**THE ENGINEERED METALS COMPANY** 18102

HOLD TO LIGHT TO VIEW TRUE WATERMARK IN PAPER HEAT SENSITIVE RED LOCK DISAPPEARS WHEN HEATED

18102

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com
32-61/1110

**The Engineered Metals Company**
21442 Spinning Wheel Trail
Morrison, CO 80465

PAY Ten thousand dollars only

DATE 8/31/26

AMOUNT $10,000 00/00

TO THE ORDER OF U S Treasury - IRS

TO BE APPLIED ONLY TO THE 4Q TRUST FUND RECOVERY PENALTY (CIVPEN) LIABILITY OF DAVID J. STONE //TIN

AUTHORIZED SIGNATURE

Security features. Details on back.

BROWN, PC
201 Main Street, Suite 1550
Fort Worth, Texas 76102

CERTIFIED MAIL®

9589 0710 5270 2240 1221 98

Internal Revenue Service Center
Austin, Texas 73301-0010

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
| --- | --- |
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by *(Printed Name)* C. Date of Delivery |
| 1. Article Addressed to:<br>Internal Revenue Service Center<br>Austin, Texas 73301-0010<br>RECEIVED SEP 10 2026<br>STO | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>861 RECEIVED 861<br>SEP 03 2026<br>IRS-AUSTIN, TEXAS |
| 9590 9402 8246 3094 6294 58 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☑ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500)<br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number *(Transfer from service label)*<br>9589 0710 5270 2240 1221 98 | |

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

Post date: 09/08/2026

Amount: $ 10000.00

Account:

Check Number: 18102


18102

The Engineered Metals Company

CHASE
JPMorgan Chase Bank, N.A

UNITED STATES TREASURY ELECTRONICALLY PROCESSED ON 090426

PAY Ten thousand dollars only

DATE 8/31/26

AMOUNT $10,000 00/00

TO THE ORDER OF U S Treasury - IRS

TO BE APPLIED ONLY TO THE 4Q TRUST FUND RECOVERY PENALTY (CIVPEN) LIABILITY OF DAVID J. STONE // TIN


FRB CLEVELAND
> 041036033 < [redacted]
US Treas DG - OTCNET
09/04/2026

© 2016 JPMorgan Chase & Co.

# BROWN, PC

September 8, 2026

***Via CMRR: 9589 0710 5270 2240 1223 34***
Internal Revenue Service Center
Austin, Texas 73301-0010

RE: *David J. Stone // TIN:*
*Payment of Trust Fund Recovery Penalty*

To whom it might concern:

Enclosed, please find check number 18103 in the amount of $10,000.00.

Pursuant to IRS Revenue Procedure 2002-26, my client, David J. Stone, TIN: hereby designates this voluntary payment **only to the Trust Fund Recovery Penalty (CIVPEN)** assessed against him for the fourth quarter of 2005 (4Q 2005).

Sincerely,

*/s/ Lawrence Brown*

Lawrence Brown

LB/kab

Enclosure: as stated

cc: IRS – RACS
Attn.: Mail Stop 6261, Restitution
333 W. Pershing Avenue
Kansas City, MO 64108

**THE ENGINEERED METALS COMPANY** 18103

HOLD TO LIGHT TO VIEW TRUE WATERMARK IN PAPER HEAT SENSITIVE RED LOCK DISAPPEARS WHEN HEATED

18103

CHASE

JPMorgan Chase Bank, N.A.
www.Chase.com

32-61/1110

**The Engineered Metals Company**
21442 Spinning Wheel Trail
Morrison, CO 80465

PAY Ten thousand dollars only

DATE 9/7/26

AMOUNT $ 10,000 00/xx

TO THE ORDER OF U S TREASURY - IRS

TO BE APPLIED ONLY TO THE 4Q 2005 TRUST FUND RECOVERY PENALTY (CIVPEN) LIABILITY OF DAVID J. STONE // TIN:

AUTHORIZED SIGNATURE

Security features. Details on back.

BROWN, PC

201 MAIN STREET, SUITE 1550
FORT WORTH, TEXAS 76102

CERTIFIED MAIL®

9589 0710 5270 2240 1223 34

Internal Revenue Service Center
Austin, Texas 73301-0010

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

RECEIVED SEP 2 1 2026

1. Article Addressed to:

Internal Revenue Service Center
Austin, Texas 73301-0010

810

9590 9402 8246 3094 6294 27

2. Article Number *(Transfer from service label)*

9589 0710 5270 2240 1223 34

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature 860 RECEIVED 860

X

☐ Agent
☐ Addressee

SEP 1 1 2026

B. Received by (Printed Name) C. Date of Delivery

IRS-AUSTIN, TEXAS

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

SEP 1 1 2020

IRS-AUSTIN, TEXAS

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

| | |
|---|---|
| Post date: | 09/15/2026 |
| Amount: | $ 10000.00 |

| | |
|---|---|
| Account: | |
| Check Number: | 18103 |


18103

The Engineered Metals Company

CHASE
JPMorgan Chase Bank, N.A.
32-61/1110

ELECTRONICALLY PROCESSED ON 091426

PAY Ten thousand dollars UNITED STATES TREASURY

DATE 9/7/26

AMOUNT $ 10,000 00/xx

TO THE ORDER OF U S Treasury - IRS

TO BE APPLIED ONLY TO THE 4Q 2005 TRUST FUND RECOVERY PENALTY (CIVPEN) LIABILITY OF DAVID J. STONE // TIN:


FRB CLEVELAND
> 041036033 <[redacted]
US Treas DG - OTCNET
09/14/2026

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY

NAME OF FINANCIAL INSTITUTION

© 2016 JPMorgan Chase & Co.

# BROWN, PC

September 14, 2026

***Via CMRR: 9589 0710 5270 2240 1223 58***
Internal Revenue Service Center
Austin, Texas 73301-0010

RE: *David J. Stone // TIN:*
*Payment of Trust Fund Recovery Penalty*

To whom it might concern:

Enclosed, please find check number 18104 in the amount of $10,000.00.

Pursuant to IRS Revenue Procedure 2002-26, my client, David J. Stone, TIN: hereby designates this voluntary payment **only to the Trust Fund Recovery Penalty (CIVPEN)** assessed against him for the fourth quarter of 2005 (4Q 2005).

Sincerely,

*/s/ Lawrence Brown*

Lawrence Brown

LB/kab

Enclosure: as stated

cc: IRS – RACS
Attn.: Mail Stop 6261, Restitution
333 W. Pershing Avenue
Kansas City, MO 64108

817.870.0025 OFFICE | 817.870.0515 FAX | 201 MAIN STREET, SUITE 1550, FORT WORTH, TEXAS 76102

B

**THE ENGINEERED METALS COMPANY** 18104

HOLD TO LIGHT TO VIEW TRUE WATERMARK IN PAPER HEAT SENSITIVE RED LOCK DISAPPEARS WHEN HEATED

18104

**The Engineered Metals Company**
21442 Spinning Wheel Trail
Morrison, CO 80465

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com
32-61/1110

PAY Ten thousand dollars only

DATE 9/14/26

AMOUNT $10,000 00/100

TO THE ORDER OF US Treasury - IRS

TO BE APPLIED ONLY TO THE 4Q TRUST FUND RECOVERY PENALTY (CIVPEN) LIABILITY OF DAVID J. STONE //TIN:

AUTHORIZED SIGNATURE

Security features. Details on back.

BROWN, PC

201 MAIN STREET, SUITE 1550
FORT WORTH, TEXAS 76102

CERTIFIED MAIL®

9589 0710 5270 2240 1223 58

Internal Revenue Service Center
Austin, Texas 73301-0010

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Internal Revenue Service Center
Austin, Texas 73301-0010

RECEIVED SEP 21 2026

STO

9590 9402 8246 3094 6294 10

2. Article Number *(Transfer from service label)*

9589 0710 5270 2240 1223 58

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1990 RECEIVED 1990
SEP 16 2026
IRS-AUSTIN, TEXAS

3. Service Type

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

Post date: 09/18/2026

Amount: $ 10000.00

Account:

Check Number: 18104







© 2016 JPMorgan Chase & Co.

# BROWN, PC

September 21, 2026

***Via CMRR: 9589 0710 5270 2240 1223 72***
Internal Revenue Service Center
Austin, Texas 73301-0010

RE: *David J. Stone // TIN:*
*Payment of Trust Fund Recovery Penalty*

To whom it might concern:

Enclosed, please find check number 18105 in the amount of $10,000.00.

Pursuant to IRS Revenue Procedure 2002-26, my client, David J. Stone, TIN: hereby designates this voluntary payment **only to the Trust Fund Recovery Penalty (CIVPEN)** assessed against him for the fourth quarter of 2005 (4Q 2005).

Sincerely,

*/s/ Lawrence Brown*

Lawrence Brown

LB/kab

Enclosure: as stated

cc: IRS – RACS
Attn.: Mail Stop 6261, Restitution
333 W. Pershing Avenue
Kansas City, MO 64108

**THE ENGINEERED METALS COMPANY** 18105

HOLD TO LIGHT TO VIEW TRUE WATERMARK IN PAPER HEAT SENSITIVE RED LOCK DISAPPEARS WHEN HEATED

18105

**The Engineered Metals Company**
21442 Spinning Wheel Trail
Morrison, CO 80465

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com
32-61/1110

PAY Ten thousand dollars only

DATE 9/21/26

AMOUNT $10,000 $\frac{00}{xx}$

TO THE ORDER OF US TREASURY - IRS

TO BE APPLIED ONLY TO THE 4Q 2005 TRUST FUND RECOVERY PENALTY (CIVPEN) LIABILITY OF DAVID J. STONE // TIN:

AUTHORIZED SIGNATURE

Security features. Details on back.

BROWN, PC
201 MAIN STREET, SUITE 1550
FORT WORTH, TEXAS 76102

CERTIFIED MAIL®

9589 0710 5270 2240 1223 72

Internal Revenue Service Center
Austin, Texas 73301-0010

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by *(Printed Name)* C. Date of Delivery |
| 1. Article Addressed to:<br>Internal Revenue Service Center<br>Austin, Texas 73301-0010<br>RECEIVED SEP 30 2026<br>STO<br>9590 9402 8246 3094 6292 50 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>SEP 23 2026<br>IRS-AUSTIN, TEXAS |
| 2. Article Number *(Transfer from service label)*<br>9589 0710 5270 2240 1223 72 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☑ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500)<br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

Post date: 09/25/2026

Amount: $ 10000.00

Account:

Check Number: 18105







© 2016 JPMorgan Chase & Co.

September 28, 2026

***Via CMRR: 9589 0710 5270 2240 1223 96***
Internal Revenue Service Center
Austin, Texas 73301-0010

RE: *David J. Stone // TIN:*
*Payment of Trust Fund Recovery Penalty*

To whom it might concern:

Enclosed, please find check number 18106 in the amount of $10,000.00.

Pursuant to IRS Revenue Procedure 2002-26, my client, David J. Stone, TIN: hereby designates this voluntary payment **only to the Trust Fund Recovery Penalty (CIVPEN)** assessed against him for the fourth quarter of 2005 (4Q 2005).

Sincerely,

*/s/ Lawrence Brown*

Lawrence Brown

LB/kab

Enclosure: as stated

cc: IRS – RACS
Attn.: Mail Stop 6261, Restitution
333 W. Pershing Avenue
Kansas City, MO 64108

**THE ENGINEERED METALS COMPANY** 18106

HOLD TO LIGHT TO VIEW TRUE WATERMARK IN PAPER HEAT SENSITIVE RED LOCK DISAPPEARS WHEN HEATED

18106

**The Engineered Metals Company**
21442 Spinning Wheel Trail
Morrison, CO 80465

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com
32-61/1110

PAY Ten thousand dollars 00/—

DATE 9/28/26

AMOUNT $10,000 00/00

TO THE ORDER OF US Treasury - IRS

TO BE APPLIED ONLY TO THE 4Q 2005 TRUST FUND RECOVERY PENALTY (CIVPEN) LIABILITY OF. DAVID J. STONE // TIN:

AUTHORIZED SIGNATURE

Security features. Details on back.

BROWN, PC
201 MAIN STREET, SUITE 1550
FORT WORTH, TEXAS 76102

CERTIFIED MAIL®

9589 0710 5270 2240 1223 96

Internal Revenue Service Center
Austin, Texas 73301-0010