**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **NO: AU:26-CR-00166(1)-RP** |
| | § | |
| **DAVID J. STONE,** | § | |

## FIRST AMENDED SUPPLEMENTAL MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION FOR DOWNWARD VARIANCE

NOW COMES, DAVID J. STONE, Defendant, by and through his attorney of record, and respectfully submits this First Amended Supplemental Memorandum in support of Defendant's Motion for Downward Variance:

On thirteen separate occasions, beginning July 31, 2026, Mr. Stone, through counsel, mailed a check in the amount of $10,000, payable to the Internal Revenue Service (IRS). The spreadsheet attached at **Exhibit 11** shows the date each check was mailed, the date counsel received the return receipt, and the date each check was negotiated by the IRS. At **Exhibit 12** are copies of the cover letters, the front of each check, the return receipts, and the canceled/negotiated checks. At **Exhibit 13** is a copy of an IRS account transcript showing the application of the funds.

Respectfully submitted,

Dated: October 27, 2026

*/s/ Lawrence Brown, Jr.*

LAWRENCE BROWN, Jr.
BROWN, PC
500 Main Street, Suite 400
Fort Worth, TX 76102
Phone: (817) 870-0025
Fax: (817) 870-0515
Lawrence.Brown@browntax.com
COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2026, a true and correct copy of the above and foregoing pleading was served electronically on all counsel of record and on the U.S. Probation Office via ECF.

*/s/ Lawrence Brown, Jr.*
LAWRENCE BROWN, Jr.
Counsel for Defendant