# BROWN, PC

July 31, 2026

***Via CMRR: 9589 0710 5270 2240 1220 99***
Internal Revenue Service Center
Austin, Texas 73301-0010

RE: *David J. Stone // TIN:*
*Payment of Trust Fund Recovery Penalty*

To whom it might concern:

Enclosed, please find check number 18097 in the amount of $10,000.00.

Pursuant to IRS Revenue Procedure 2002-26, my client, David J. Stone, TIN: hereby designates this voluntary payment **only to the Trust Fund Recovery Penalty (CIVPEN)** assessed against him for the fourth quarter of 2005 (4Q 2005).

Sincerely,

*/s/ Lawrence Brown*

Lawrence Brown

LB/kab

Enclosure: as stated

cc: IRS – RACS
Attn.: Mail Stop 6261, Restitution
333 W. Pershing Avenue
Kansas City, MO 64108

817.870.0025 Office | 817.870.0515 Fax | 201 Main Street, Suite 1550, Fort Worth, Texas 76102

**THE ENGINEERED METALS COMPANY** 18097

HOLD TO LIGHT TO VIEW TRUE WATERMARK IN PAPER HEAT SENSITIVE RED LOCK DISAPPEARS WHEN HEATED

18097

**The Engineered Metals Company**
21442 Spinning Wheel Trail
Morrison, CO 80465

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com
32-61/1110

PAY Ten thousand dollars only

DATE 7/27/26

AMOUNT $ 10,000 00/xx

TO THE ORDER OF US Treasury - IRS

TO BE APPLIED ONLY TO THE 4Q 2005 TRUST FUND RECOVERY PENALTY (CIVPEN) LIABILITY OF DAVID J. STONE / TIN:

AUTHORIZED SIGNATURE

Security features. Details on back.

BROWN.PC
201 MAIN STREET, SUITE 1550
FORT WORTH, TEXAS 76102

CERTIFIED MAIL®

9589 0710 5270 2240 1220 99

Internal Revenue Service Center
Austin, Texas 73301-0010

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by *(Printed Name)* C. Date of Delivery |
| 1. Article Addressed to: RECEIVED AUG 1 1 2026<br>Internal Revenue Service Center<br>Austin, Texas 73301-0010<br><br>STO | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>861 RECEIVED 861<br>AUG 0 3 2026<br>IRS-AUSTIN, TEXAS |
| 9590 9402 8246 3094 6287 41 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☑ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500)<br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number *(Transfer from service label)*<br>9589 0710 5270 2240 1220 99 | |

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

Post date: 08/05/2026

Amount: $ 10000.00

Account:

Check Number: 18097


18097

The Engineered Metals Company

CHASE

JPMorgan Chase Bank, N.A.

32-61/1110

ELECTRONICALLY PROCESSED ON 080426

PAY Ten thousand dollars only

UNITED STATES TREASURY

DATE 7/27/26

AMOUNT $ 10,000 00/xx

TO THE ORDER OF US Treasury - IRS

TO BE APPLIED ONLY TO THE HQ 2005 TRUST FUND RECOVERY PENALTY (CIVPEN) LIABILITY OF DAVID J. STONE / TIN:

AUTHORIZED SIGNATURE


FRB CLEVELAND

> 041036033 <[redacted]

US Treas DG - OTCNET

08/04/2026

2009180001

© 2016 JPMorgan Chase & Co.

# BROWN, PC

August 4, 2026

***Via CMRR: 9589 0710 5270 2240 1221 05***
Internal Revenue Service Center
Austin, Texas 73301-0010

RE: *David J. Stone // TIN:*
*Payment of Trust Fund Recovery Penalty*

To whom it might concern:

Enclosed, please find check number 18098 in the amount of $10,000.00.

Pursuant to IRS Revenue Procedure 2002-26, my client, David J. Stone, TIN: hereby designates this voluntary payment **only to the Trust Fund Recovery Penalty (CIVPEN)** assessed against him for the fourth quarter of 2005 (4Q 2005).

Sincerely,

*/s/ Lawrence Brown*

Lawrence Brown

LB/kab

Enclosure: as stated

cc: IRS – RACS
Attn.: Mail Stop 6261, Restitution
333 W. Pershing Avenue
Kansas City, MO 64108

817.870.0025 Office | 817.870.0515 Fax | 201 Main Street, Suite 1550, Fort Worth, Texas 76102

B

**THE ENGINEERED METALS COMPANY** 18098

HOLD TO LIGHT TO VIEW TRUE WATERMARK IN PAPER HEAT SENSITIVE RED LOCK DISAPPEARS WHEN HEATED

18098

**The Engineered Metals Company**
21442 Spinning Wheel Trail
Morrison, CO 80465

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com
32-61/1110

PAY Ten thousand dollars only

DATE 8/3/26

AMOUNT $10,000 00/xx

TO THE ORDER OF US Treasury - IRS

TO BE APPLIED ONLY TO THE 4Q 2005 TRUST FUND RECOVERY PENALTY (CIVPEN) LIABILITY OF DAVID J. STONE / TIN:

AUTHORIZED SIGNATURE

Security features. Details on back.

BROWN, PC
201 Main Street, Suite 1550
Fort Worth, Texas 76102

CERTIFIED MAIL®

9589 0710 5270 2240 1221 05

Internal Revenue Service Center
Austin, Texas 73301-0010

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

RECEIVED AUG 1 3 2026

1. Article Addressed to:

Internal Revenue Service Center
Austin, Texas 73301-0010

STO

9590 9402 8246 3094 6287 27

2. Article Number *(Transfer from service label)*

9589 0710 5270 2240 1221 05

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

860

AUG 07 2026

IRS-AUSTIN, TEXAS

3. Service Type

- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

Post date: 08/11/2026

Amount: $ 10000.00

Account:

Check Number: 18098

18098

The Engineered Metals Company

CHASE

32-61/1110

ELECTRONIC UNITED STATES TREASURY 081026

PAY Ten thousand dollars only

DATE 8/3/26

AMOUNT $10,000 00/00

TO THE ORDER OF U S Treasury - IRS

TO BE APPLIED ONLY TO THE 4Q 2005 TRUST FUND RECOVERY PENALTY (CIVPEN) LIABILITY OF DAVID J. STONE/TIN:

AUTHORIZED SIGNATURE

FRB CLEVELAND
> 041036033 <[redacted]
US Treas DG - OTCNET
08/10/2026

2009180001

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY

© 2016 JPMorgan Chase & Co.

# BROWN, PC

August 11, 2026

***Via CMRR: 9589 0710 5270 2240 1221 29***
Internal Revenue Service Center
Austin, Texas 73301-0010

RE: *David J. Stone // TIN:*
*Payment of Trust Fund Recovery Penalty*

To whom it might concern:

Enclosed, please find check number 18099 in the amount of $10,000.00.

Pursuant to IRS Revenue Procedure 2002-26, my client, David J. Stone, TIN: hereby designates this voluntary payment **only to the Trust Fund Recovery Penalty (CIVPEN)** assessed against him for the fourth quarter of 2005 (4Q 2005).

Sincerely,

*/s/ Lawrence Brown*

Lawrence Brown

LB/kab

Enclosure: as stated

cc: IRS – RACS
Attn.: Mail Stop 6261, Restitution
333 W. Pershing Avenue
Kansas City, MO 64108

**THE ENGINEERED METALS COMPANY** 18099

HOLD TO LIGHT TO VIEW TRUE WATERMARK IN PAPER HEAT SENSITIVE RED LOCK DISAPPEARS WHEN HEATED

18099

**The Engineered Metals Company**
21442 Spinning Wheel Trail
Morrison, CO 80465

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com
32-61/1110

PAY Ten thousand dollars only

DATE 8/10/26

AMOUNT $10,000.00

TO THE ORDER OF US TREASURY - IRS

TO BE APPLIED ONLY TO THE 4Q 2005 TRUST FUND RECOVERY PENALTY (CIVPEN) LIABILITY OF DAVID J. STONE/TIN:

AUTHORIZED SIGNATURE

Security features. Details on back.

BROWN, PC
201 Main Street, Suite 1550
Fort Worth, Texas 76102

CERTIFIED MAIL®

9589 0710 5270 2240 1221 36

US POSTAGE
$ 10.98º
First-Class - IMI
ZIP 76102
08/11/2026
032A 0061865540

IRS – RACS
Attn.: Mail Stop 6261, Restitution
333 W. Pershing Avenue
Kansas City, MO 64108

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

RECEIVED AUG 3 1 2026

Internal Revenue Service Center
Austin, Texas 73301-0010

STO

9590 9402 8246 3094 6294 96

2. Article Number *(Transfer from service label)*

9589 0710 5270 2240 1221 29

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

861 RECEIVED 861

AUG 17 2026

IRS-AUSTIN, TEXAS

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

Post date: 08/19/2026

Amount: $ 10000.00

Account:

Check Number: 18099



18099

The Engineered Metals Company

CHASE

JPMorgan Chase Bank, N.A.

32-61/1110

ELECTRONICALLY PROCESSED ON 081826

PAY Ten thousand dollars only

DATE 8/10/26

AMOUNT $10,000.00

UNITED STATES TREASURY

TO THE ORDER OF US TREASURY - IRS

TO BE APPLIED ONLY TO THE 4Q 2005 TRUST FUND RECOVERY PENALTY (CIVPEN) LIABILITY OF DAVID J. STONE/TIN:

AUTHORIZED SIGNATURE



FRB CLEVELAND

> 041036033 <[redacted]

US Treas DG - OTCNET

08/18/2026

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY

NAME OF FINANCIAL INSTITUTION

2009160001

© 2016 JPMorgan Chase & Co.

# BROWN, PC

August 17, 2026

***Via CMRR: 9589 0710 5270 2240 1221 50***
Internal Revenue Service Center
Austin, Texas 73301-0010

RE: *David J. Stone // TIN:*
*Payment of Trust Fund Recovery Penalty*

To whom it might concern:

Enclosed, please find check number 18100 in the amount of $10,000.00.

Pursuant to IRS Revenue Procedure 2002-26, my client, David J. Stone, TIN: hereby designates this voluntary payment **only to the Trust Fund Recovery Penalty (CIVPEN)** assessed against him for the fourth quarter of 2005 (4Q 2005).

Sincerely,

*/s/ Lawrence Brown*

Lawrence Brown

LB/kab

Enclosure: as stated

cc: IRS – RACS
Attn.: Mail Stop 6261, Restitution
333 W. Pershing Avenue
Kansas City, MO 64108

THE ENGINEERED METALS COMPANY 18100

HOLD TO LIGHT TO VIEW TRUE WATERMARK IN PAPER HEAT SENSITIVE RED LOCK DISAPPEARS WHEN HEATED

18100

**The Engineered Metals Company**
21442 Spinning Wheel Trail
Morrison, CO 80465

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com
32-61/1110

PAY Ten thousand dollars 00/00

DATE 8/17/26

AMOUNT $10,000 00/00

TO THE ORDER OF US Treasury - IRS

TO BE APPLIED ONLY TO THE 4Q 2005 TRUST FUND RECOVERY PENALTY (CIVPEN) LIABILITY OF DAVID J. STONE/TIN:

AUTHORIZED SIGNATURE

Security features. Details on back.

BROWN, PC

201 Main Street, Suite 1550
Fort Worth, Texas 76102

CERTIFIED MAIL®

9589 0710 5270 2240 1221 50

Internal Revenue Service Center
Austin, Texas 73301-0010

## SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: RECEIVED AUG 31 2026

Internal Revenue Service Center
Austin, Texas 73301-0010

STO

9590 9402 8246 3094 6294 72

2. Article Number *(Transfer from service label)*

9589 0710 5270 2240 1221 50

## *COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

860 RECEIVED 860

AUG 19 2026

IRS-AUSTIN, TEXAS

3. Service Type

- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

Post date: 08/21/2026

Amount: $ 10000.00

Account:

Check Number: 18100

18100

The Engineered Metals Company

CHASE

JPMorgan Chase Bank, N.A.

www.Chase.com

32-61/1110

ELECTRONICALLY PROCESSED ON 082026

PAY Ten thousand dollars and —

DATE 8/17/26

AMOUNT $10,000 00/xx

UNITED STATES TREASURY

TO THE ORDER OF US Treasury - IRS

TO BE APPLIED ONLY TO THE 4Q 2005 TRUST FUND RECOVERY PENALTY (CIVPEN) LIABILITY OF DAVID J. STONE/TIN:

AUTHORIZED SIGNATURE

FRB CLEVELAND

> 041036033 <[redacted]

US Treas DG - OTCNET

08/20/2026

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY

2009160001

© 2016 JPMorgan Chase & Co.

BROWN, PC

August 24, 2026

***Via CMRR: 9589 0710 5270 2240 1221 74***
Internal Revenue Service Center
Austin, Texas 73301-0010

RE: *David J. Stone // TIN:*
*Payment of Trust Fund Recovery Penalty*

To whom it might concern:

Enclosed, please find check number 18101 in the amount of $10,000.00.

Pursuant to IRS Revenue Procedure 2002-26, my client, David J. Stone, TIN: hereby designates this voluntary payment **only to the Trust Fund Recovery Penalty (CIVPEN)** assessed against him for the fourth quarter of 2005 (4Q 2005).

Sincerely,

*/s/ Lawrence Brown*

Lawrence Brown

LB/kab

Enclosure: as stated

cc: IRS – RACS
Attn.: Mail Stop 6261, Restitution
333 W. Pershing Avenue
Kansas City, MO 64108

**THE ENGINEERED METALS COMPANY** 18101

HOLD TO LIGHT TO VIEW TRUE WATERMARK IN PAPER HEAT SENSITIVE RED LOCK DISAPPEARS WHEN HEATED

18101

**The Engineered Metals Company**
21442 Spinning Wheel Trail
Morrison, CO 80465

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com
32-61/1110

PAY Ten thousand dollars only

DATE 8/24/26

AMOUNT $10,000 00/xx

TO THE ORDER OF US Treasury-IRS

TO BE APPLIED ONLY TO THE 4Q 2005 TRUST FUND RECOVERY PENALTY CCIVPEN LIABILITY OF DAVID J. STONE //TIN:

AUTHORIZED SIGNATURE

Security features. Details on back.

BROWN, PC
201 MAIN STREET, SUITE 1550
FORT WORTH, TEXAS 76102

CERTIFIED MAIL®

9589 0710 5270 2240 1221 74

Internal Revenue Service Center
Austin, Texas 73301-0010

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

RECEIVED AUG 3 1 2026

1. Article Addressed to:

Internal Revenue Service Center
Austin, Texas 73301-0010

STO

9590 9402 8246 3094 6292 43

2. Article Number *(Transfer from service label)*

9589 0710 5270 2240 1221 74

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

861 RECEIVED 861

AUG 26 2026

IRS-AUSTIN, TEXAS

3. Service Type

- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

Post date: 08/28/2026

Amount: $ 10000.00

Account:

Check Number: 18101


18101

The Engineered Metals Company

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com
32-61/1110

UNITED STATES TREASURY

ELECTRONICALLY PROCESSED ON 082726

PAY Ten thousand dollars only

DATE 8/24/26

AMOUNT $10,000 00/xx

TO THE ORDER OF U S Treasury - IRS

TO BE APPLIED ONLY TO THE 4Q 2005 TRUST FUND RECOVERY PENALTY (CIVPEN) LIABILITY OF DAVID J. STONE //TIN:


FRB CLEVELAND
> 041036033 < [redacted]
US Treas DG - OTCNET
08/27/2026

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY

NAME OF FINANCIAL INSTITUTION

© 2016 JPMorgan Chase & Co.

August 31, 2026

***Via CMRR: 9589 0710 5270 2240 1221 98***
Internal Revenue Service Center
Austin, Texas 73301-0010

RE: *David J. Stone // TIN:*
*Payment of Trust Fund Recovery Penalty*

To whom it might concern:

Enclosed, please find check number 18102 in the amount of $10,000.00.

Pursuant to IRS Revenue Procedure 2002-26, my client, David J. Stone, TIN hereby designates this voluntary payment **only to the Trust Fund Recovery Penalty (CIVPEN)** assessed against him for the fourth quarter of 2005 (4Q 2005).

Sincerely,

*/s/ Lawrence Brown*

Lawrence Brown

LB/kab

Enclosure: as stated

cc: IRS – RACS
Attn.: Mail Stop 6261, Restitution
333 W. Pershing Avenue
Kansas City, MO 64108

**THE ENGINEERED METALS COMPANY** 18102

HOLD TO LIGHT TO VIEW TRUE WATERMARK IN PAPER HEAT SENSITIVE RED LOCK DISAPPEARS WHEN HEATED

18102

**The Engineered Metals Company**
21442 Spinning Wheel Trail
Morrison, CO 80465

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com
32-61/1110

PAY Ten thousand dollars only

DATE 8/31/26

AMOUNT $10,000 00/00

TO THE ORDER OF U S Treasury - IRS

TO BE APPLIED ONLY TO THE 4Q TRUST FUND RECOVERY PENALTY (CIVPEN) LIABILITY OF DAVID J. STONE //TIN

AUTHORIZED SIGNATURE

Security features. Details on back.

BROWN, PC
201 Main Street, Suite 1550
Fort Worth, Texas 76102

CERTIFIED MAIL®

9589 0710 5270 2240 1221 98

Internal Revenue Service Center
Austin, Texas 73301-0010

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
| --- | --- |
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by *(Printed Name)* C. Date of Delivery |
| 1. Article Addressed to:<br>Internal Revenue Service Center<br>Austin, Texas 73301-0010<br>RECEIVED SEP 10 2026<br>STO<br>9590 9402 8246 3094 6294 58 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>861 RECEIVED 861<br>SEP 03 2026 |
| 2. Article Number *(Transfer from service label)*<br>9589 0710 5270 2240 1221 98 | IRS-AUSTIN, TEXAS<br>3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☑ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500)<br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

Post date: 09/08/2026

Amount: $ 10000.00

Account:

Check Number: 18102

18102

The Engineered Metals Company

CHASE

JPMorgan Chase Bank, N.A.

32-61/1110

UNITED STATES TREASURY ELECTRONICALLY PROCESSED ON 090426

PAY Ten thousand dollars only

DATE 8/31/26

AMOUNT $10,000 00/00

TO THE ORDER OF U S Treasury - IRS

TO BE APPLIED ONLY TO THE 4Q TRUST FUND RECOVERY PENALTY (CIVPEN) LIABILITY OF DAVID J. STONE //TIN

AUTHORIZED SIGNATURE

FRB CLEVELAND
> 041036033 <[redacted]
US Treas DG - OTCNET
09/04/2026

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY

2609190001

© 2016 JPMorgan Chase & Co.

September 8, 2026

***Via CMRR: 9589 0710 5270 2240 1223 34***
Internal Revenue Service Center
Austin, Texas 73301-0010

RE: *David J. Stone // TIN:*
*Payment of Trust Fund Recovery Penalty*

To whom it might concern:

Enclosed, please find check number 18103 in the amount of $10,000.00.

Pursuant to IRS Revenue Procedure 2002-26, my client, David J. Stone, TIN: hereby designates this voluntary payment **only to the Trust Fund Recovery Penalty (CIVPEN)** assessed against him for the fourth quarter of 2005 (4Q 2005).

Sincerely,

*/s/ Lawrence Brown*

Lawrence Brown

LB/kab

Enclosure: as stated

cc: IRS – RACS
Attn.: Mail Stop 6261, Restitution
333 W. Pershing Avenue
Kansas City, MO 64108

**THE ENGINEERED METALS COMPANY** 18103

HOLD TO LIGHT TO VIEW TRUE WATERMARK IN PAPER HEAT SENSITIVE RED LOCK DISAPPEARS WHEN HEATED

18103

**The Engineered Metals Company**
21442 Spinning Wheel Trail
Morrison, CO 80465

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com
32-61/1110

PAY Ten thousand dollars only

DATE 9/7/26

AMOUNT $10,000 00/xx

TO THE ORDER OF U S TREASURY - IRS

TO BE APPLIED ONLY TO THE 4Q 2005 TRUST FUND RECOVERY PENALTY (CIVPEN) LIABILITY OF DAVID J. STONE // TIN:

AUTHORIZED SIGNATURE

Security features. Details on back.

BROWN, PC
201 MAIN STREET, SUITE 1550
FORT WORTH, TEXAS 76102

CERTIFIED MAIL®

9589 0710 5270 2240 1223 34

Internal Revenue Service Center
Austin, Texas 73301-0010

## SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

RECEIVED SEP 2 1 2026

1. Article Addressed to:

Internal Revenue Service Center
Austin, Texas 73301-0010

810

9590 9402 8246 3094 6294 27

2. Article Number *(Transfer from service label)*

9589 0710 5270 2240 1223 34

## *COMPLETE THIS SECTION ON DELIVERY*

A. Signature 860 RECEIVED 860

X

☐ Agent
☐ Addressee

SEP 1 1 2026

B. Received by (Printed Name) C. Date of Delivery

IRS-AUSTIN, TEXAS

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

SEP 1 1 2020

IRS-AUSTIN, TEXAS

3. Service Type

- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

Post date: 09/15/2026

Amount: $ 10000.00

Account:

Check Number: 18103



18103

The Engineered Metals Company

CHASE
JPMorgan Chase Bank, N.A.
32-61/1110

ELECTRONICALLY PROCESSED ON 091426

PAY Ten thousand dollars UNITED STATES TREASURY

DATE 9/7/26

AMOUNT $ 10,000 00/xx

TO THE ORDER OF U S Treasury - IRS

TO BE APPLIED ONLY TO THE 4th Q 2005 TRUST FUND RECOVERY PENALTY (CIVPEN) LIABILITY OF DAVID J. STONE // TIN:



FRB CLEVELAND
> 041036033 < [redacted]
US Treas DG - OTCNET
09/14/2026

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY

NAME OF FINANCIAL INSTITUTION

© 2016 JPMorgan Chase & Co.

BROWN, PC

September 14, 2026

***Via CMRR: 9589 0710 5270 2240 1223 58***
Internal Revenue Service Center
Austin, Texas 73301-0010

RE: *David J. Stone // TIN:*
*Payment of Trust Fund Recovery Penalty*

To whom it might concern:

Enclosed, please find check number 18104 in the amount of $10,000.00.

Pursuant to IRS Revenue Procedure 2002-26, my client, David J. Stone, TIN: hereby designates this voluntary payment **only to the Trust Fund Recovery Penalty (CIVPEN)** assessed against him for the fourth quarter of 2005 (4Q 2005).

Sincerely,

*/s/ Lawrence Brown*

Lawrence Brown

LB/kab

Enclosure: as stated

cc: IRS – RACS
Attn.: Mail Stop 6261, Restitution
333 W. Pershing Avenue
Kansas City, MO 64108

817.870.0025 OFFICE | 817.870.0515 FAX | 201 MAIN STREET, SUITE 1550, FORT WORTH, TEXAS 76102

**THE ENGINEERED METALS COMPANY** 18104

HOLD TO LIGHT TO VIEW TRUE WATERMARK IN PAPER HEAT SENSITIVE RED LOCK DISAPPEARS WHEN HEATED

18104

**The Engineered Metals Company**
21442 Spinning Wheel Trail
Morrison, CO 80465

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com
32-61/1110

PAY Ten thousand dollars only

DATE 9/14/26

AMOUNT $10,000 00/100

TO THE ORDER OF U S Treasury – IRS

TO BE APPLIED ONLY TO THE 4Q TRUST FUND
RECOVERY PENALTY (CIVPEN) LIABILITY
OF DAVID J. STONE // TIN:

AUTHORIZED SIGNATURE

Security features. Details on back.

BROWN, PC
201 MAIN STREET, SUITE 1550
FORT WORTH, TEXAS 76102

CERTIFIED MAIL®

9589 0710 5270 2240 1223 58

Internal Revenue Service Center
Austin, Texas 73301-0010

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Internal Revenue Service Center
Austin, Texas 73301-0010

RECEIVED SEP 2 1 2026

STO

9590 9402 8246 3094 6294 10

2. Article Number *(Transfer from service label)*

9589 0710 5270 2240 1223 58

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1990 RECEIVED 1990
SEP 1 6 2026
IRS-AUSTIN, TEXAS

3. Service Type

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

Post date: 09/18/2026

Amount: $ 10000.00

Account:

Check Number: 18104

18104

The Engineered Metals Company
Morrison, CO 80465

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

ELECTRONICALLY PROC[illegible] UNITED STATES TREASURY

PAY Ten thousand dollars only

DATE 9/14/26

AMOUNT $10,000 00/100

TO THE ORDER OF U S Treasury - IRS

TO BE APPLIED ONLY TO THE 40 TRUST FUND RECOVERY PENALTY [illegible] PROCESSED ON 09[illegible]
OF DAVID J. STONE // TIN:

AUTHORIZED SIGNATURE

FRB CLEVELAND
> 041036033 <[redacted]
US Treas DG - OTCNET
09/17/2026

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY

2009180001

© 2016 JPMorgan Chase & Co.

BROWN, PC

September 21, 2026

***Via CMRR: 9589 0710 5270 2240 1223 72***
Internal Revenue Service Center
Austin, Texas 73301-0010

RE: *David J. Stone // TIN:*
*Payment of Trust Fund Recovery Penalty*

To whom it might concern:

Enclosed, please find check number 18105 in the amount of $10,000.00.

Pursuant to IRS Revenue Procedure 2002-26, my client, David J. Stone, TIN: hereby designates this voluntary payment **only to the Trust Fund Recovery Penalty (CIVPEN)** assessed against him for the fourth quarter of 2005 (4Q 2005).

Sincerely,

*/s/ Lawrence Brown*

Lawrence Brown

LB/kab

Enclosure: as stated

cc: IRS – RACS
Attn.: Mail Stop 6261, Restitution
333 W. Pershing Avenue
Kansas City, MO 64108

817.870.0025 Office | 817.870.0515 Fax | 201 Main Street, Suite 1550, Fort Worth, Texas 76102

**THE ENGINEERED METALS COMPANY** 18105

HOLD TO LIGHT TO VIEW TRUE WATERMARK IN PAPER HEAT SENSITIVE RED LOCK DISAPPEARS WHEN HEATED

18105

**The Engineered Metals Company**
21442 Spinning Wheel Trail
Morrison, CO 80465

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com
32-61/1110

PAY Ten thousand dollars only

DATE 9/21/26

AMOUNT $10,000 00/00

TO THE ORDER OF US Treasury - IRS

TO BE APPLIED ONLY TO THE 4Q 2005 TRUST FUND RECOVERY PENALTY (CIVPEN) LIABILITY OF DAVID J. STONE // TIN:

AUTHORIZED SIGNATURE

Security features. Details on back.

BROWN, PC
201 MAIN STREET, SUITE 1550
FORT WORTH, TEXAS 76102

CERTIFIED MAIL®

9589 0710 5270 2240 1223 72

Internal Revenue Service Center
Austin, Texas 73301-0010

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Internal Revenue Service Center
Austin, Texas 73301-0010

RECEIVED SEP 30 2026

STO

9590 9402 8246 3094 6292 50

2. Article Number *(Transfer from service label)*

9589 0710 5270 2240 1223 72

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

SEP 23 2026
IRS-AUSTIN, TEXAS

3. Service Type

- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

JPMorgan Chase & Co.

Post date: 09/25/2026

Amount: $ 10000.00

Account:

Check Number: 18105







© 2016 JPMorgan Chase & Co.

# BROWN, PC

September 28, 2026

***Via CMRR: 9589 0710 5270 2240 1223 96***
Internal Revenue Service Center
Austin, Texas 73301-0010

RE: *David J. Stone // TIN:*
*Payment of Trust Fund Recovery Penalty*

To whom it might concern:

Enclosed, please find check number 18106 in the amount of $10,000.00.

Pursuant to IRS Revenue Procedure 2002-26, my client, David J. Stone, TIN: hereby designates this voluntary payment **only to the Trust Fund Recovery Penalty (CIVPEN)** assessed against him for the fourth quarter of 2005 (4Q 2005).

Sincerely,

*/s/ Lawrence Brown*

Lawrence Brown

LB/kab

Enclosure: as stated

cc: IRS – RACS
Attn.: Mail Stop 6261, Restitution
333 W. Pershing Avenue
Kansas City, MO 64108

**THE ENGINEERED METALS COMPANY** 18106

HOLD TO LIGHT TO VIEW TRUE WATERMARK IN PAPER HEAT SENSITIVE RED LOCK DISAPPEARS WHEN HEATED

18106

**The Engineered Metals Company**
21442 Spinning Wheel Trail
Morrison, CO 80465

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com
32-61/1110

PAY Ten thousand dollars

DATE 9/28/26

AMOUNT $10,000.00

TO THE ORDER OF US Treasury - IRS

TO BE APPLIED ONLY TO THE 4Q 2005 TRUST FUND RECOVERY PENALTY (CIVPEN) LIABILITY OF. DAVID J. STONE // TIN:

AUTHORIZED SIGNATURE

Security features. Details on back.

BROWN, PC
201 Main Street, Suite 1550
Fort Worth, Texas 76102

CERTIFIED MAIL®

9589 0710 5270 2240 1223 96

Internal Revenue Service Center
Austin, Texas 73301-0010

# BROWN, PC

October 14, 2026

***Via CMRR: 9589 0710 5270 2240 1224 64***
Internal Revenue Service Center
Austin, Texas 73301-0010

RE: *David J. Stone // TIN:*
*Payment of Trust Fund Recovery Penalty*

To whom it might concern:

Enclosed, please find check number 18107 in the amount of $10,000.00.

Pursuant to IRS Revenue Procedure 2002-26, my client, David J. Stone, TIN: hereby designates this voluntary payment **only to the Trust Fund Recovery Penalty (CIVPEN)** assessed against him for the fourth quarter of 2005 (4Q 2005).

Sincerely,

*/s/ Lawrence Brown*

Lawrence Brown

LB/kab

Enclosure: as stated

cc: IRS – RACS
Attn.: Mail Stop 6261, Restitution
333 W. Pershing Avenue
Kansas City, MO 64108

817.870.0025 OFFICE | 817.870.0515 FAX | 201 MAIN STREET, SUITE 1550, FORT WORTH, TEXAS 76102

B

THE ENGINEERED METALS COMPANY 18107

HOLD TO LIGHT TO VIEW TRUE WATERMARK IN PAPER HEAT SENSITIVE RED LOCK DISAPPEARS WHEN HEATED

18107

**The Engineered Metals Company**
21442 Spinning Wheel Trail
Morrison, CO 80465

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com
32-61/1110

PAY Ten thousand only

DATE 10/12/26

AMOUNT $10,000 00/00

TO THE ORDER OF US Treasury - IRS

TO BE APPLIED ONLY TO THE 4Q2005 TRUST FUND
RECOVERY PENALTY (CIVPEN) LIABILITY
OF DAVID J. STONE //TIN:

AUTHORIZED SIGNATURE

Security features. Details on back.

BROWN, PC

201 MAIN STREET, SUITE 1550
FORT WORTH, TEXAS 76102

CERTIFIED MAIL

9589 0710 5270 2240 1224 64

Internal Revenue Service Center
Austin, Texas 73301-0010

Post date: 10/22/2026

Amount: $ 10000.00

Account:

Check Number: 18107







© 2016 JPMorgan Chase & Co.

BROWN, PC

October 19, 2026

***Via CMRR: 9589 0710 5270 2240 1224 26***
Internal Revenue Service Center
Austin, Texas 73301-0010

RE: *David J. Stone // TIN:*
*Payment of Trust Fund Recovery Penalty*

To whom it might concern:

Enclosed, please find check number 18108 in the amount of $10,000.00.

Pursuant to IRS Revenue Procedure 2002-26, my client, David J. Stone, TIN: hereby designates this voluntary payment **only to the Trust Fund Recovery Penalty (CIVPEN)** assessed against him for the fourth quarter of 2005 (4Q 2005).

Sincerely,

*/s/ Lawrence Brown*

Lawrence Brown

LB/kab

Enclosure: as stated

cc: IRS – RACS
Attn.: Mail Stop 6261, Restitution
333 W. Pershing Avenue
Kansas City, MO 64108

817.870.0025 OFFICE | 817.870.0515 FAX | 201 MAIN STREET, SUITE 1550, FORT WORTH, TEXAS 76102

**THE ENGINEERED METALS COMPANY** 18108

HOLD TO LIGHT TO VIEW TRUE WATERMARK IN PAPER HEAT SENSITIVE RED LOCK DISAPPEARS WHEN HEATED

18108

**The Engineered Metals Company**
21442 Spinning Wheel Trail
Morrison, CO 80465

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com
32-61/1110

PAY Ten thousand only

DATE 10/19/26

AMOUNT $10,000.00

TO THE ORDER OF U S Treasury - IRS

TO BE APPLIED ONLY TO THE 4Q 2005 TRUST FUND RECOVERY PENALTY (CIVPEN) LIABILITY OF DAVID J STONE // TIN:

AUTHORIZED SIGNATURE

Security features. Details on back.

BROWN, PC

201 MAIN STREET, SUITE 1550
FORT WORTH, TEXAS 76102

CERTIFIED MAIL®

9589 0710 5270 2240 1224 26

FP US POSTAGE
$ 10.98⁰
First-Class - IMI
ZIP 76102
10/19/2026
032A 0061865540

Internal Revenue Service Center
Austin, Texas 73301-0010

BROWN, PC

October 26, 2026

***Via CMRR: 9589 0710 5270 2240 1224 40***
Internal Revenue Service Center
Austin, Texas 73301-0010

RE: *David J. Stone // TIN:*
*Payment of Trust Fund Recovery Penalty*

To whom it might concern:

Enclosed, please find check number 18109 in the amount of $10,000.00.

Pursuant to IRS Revenue Procedure 2002-26, my client, David J. Stone, TIN: hereby designates this voluntary payment **only to the Trust Fund Recovery Penalty (CIVPEN)** assessed against him for the fourth quarter of 2005 (4Q 2005).

Sincerely,

*/s/ Lawrence Brown*

Lawrence Brown

LB/kab

Enclosure: as stated

cc: IRS – RACS
Attn.: Mail Stop 6261, Restitution
333 W. Pershing Avenue
Kansas City, MO 64108

817.870.0025 OFFICE | 817.870.0515 FAX | 201 MAIN STREET, SUITE 1550, FORT WORTH, TEXAS 76102

**THE ENGINEERED METALS COMPANY** 18109

HOLD TO LIGHT TO VIEW TRUE WATERMARK IN PAPER HEAT SENSITIVE RED LOCK DISAPPEARS WHEN HEATED

18109

**The Engineered Metals Company**
21442 Spinning Wheel Trail
Morrison, CO 80465

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com
32-61/1110

PAY Ten thousand only

DATE 10/26/26

AMOUNT $10,000 00/xx

TO THE ORDER OF US Treasury — IRS

TO BE APPLIED ONLY TO THE 4Q 2005 TRUST FUND RECOVERY PENALTY (CIVPEN) LIABILITY OF DAVID J. STONE // TIN:

AUTHORIZED SIGNATURE

Security features. Details on back.

BROWN, PC
201 Main Street, Suite 1550
Fort Worth, Texas 76102

CERTIFIED MAIL®

9589 0710 5270 2240 1224 40

Internal Revenue Service Center
Austin, Texas 73301-0010