**Internal Revenue Service**
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Form CIVIL PENALTY Account Transcript

| | |
|---|---|
| Request Date: | 10-05-2026 |
| Response Date: | 10-05-2026 |
| Tracking Number: | 1115106 2092 |

| | |
|---|---|
| Form Number: | CIVIL PENALTY |
| Report for Tax Period Ending: | 06 0 2005 |
| Taxpayer Identification Number: | XXX-XX- |

DAVI STON
11757

POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE

**Any minus sign shown below signifies a credit amount**

| | | | |
|---|---|---|---|
| Account balance: | $149,972.70 | | |
| Accrued interest: | $68,009. 8 | As of: | 10 19 2026 |
| Accrued penalty: | $0.00 | As of: | 10 19 2026 |
| Account balance plus accruals (this is not a payoff amount): | $217,982.08 | | |

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 240 | Miscellaneous penalty<br>29254-665-52321-6<br>06-02-2036<br>IRC 6672 Trust Fund Recovery Penalty | 20064008 | 10-16-2006 | $86,892.40 |
| 290 | Additional tax assessed<br>00-00-0000 | 20064008 | 10-16-2006 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 04-13-2007 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 06-12-2007 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- refused or unclaimed | | 07-13-2007 | $0.00 |
| 971 | Installment agreement established | | 11-21-2007 | $0.00 |
| 971 | Installment agreement established | | 11-21-2007 | $0.00 |
| 530 | Balance due account currently not collectible - due to hardship | | 12-11-2007 | $0.00 |
| 971 | No longer in installment agreement status | | 12-11-2007 | $0.00 |
| 971 | Notice issued<br>CP 071A | | 11-08-2010 | $0.00 |
| 971 | Notice issued<br>CP 071A | | 11-07-2011 | $0.00 |
| 971 | Notice issued<br>CP 071A | | 11-05-2012 | $0.00 |
| 531 | Account currently considered collectible | | 08-16-2013 | $0.00 |
| 971 | Federal Payment Levy Program - Levy Issued | | 12-30-2013 | |
| 582 | Lien placed on assets due to balance owed | | 01-17-2014 | |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 01-23-2014 | |
| 520 | Bankruptcy or other legal action filed | | 11-12-2014 | |

EXHIBIT
13
exhibitsticker.com

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 520 | Bankruptcy or other legal action filed | | 02-06-2015 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 04-24-2015 | $0.00 |
| 550 | IRS can collect until 06-02-2036 | | 08-10-2016 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 08-19-2016 | $0.00 |
| 583 | Removed lien | | 11-18-2016 | $0.00 |
| 521 | Removed bankruptcy or other legal action | | 11-15-2017 | $0.00 |
| 971 | First Levy Issued on Module | | 12-11-2017 | $0.00 |
| 971 | Federal Payment Levy Program - Levy Issued | | 12-11-2017 | $0.00 |
| 971 | Federal Payment Levy Program - Levy Issued | | 02-12-2018 | $0.00 |
| 971 | Passport certified seriously delinquent tax debt | | 07-23-2018 | $0.00 |
| 971 | Federal Payment Levy Program - Levy Issued | | 08-06-2018 | $0.00 |
| 971 | Notice issued CP 071C | | 09-10-2018 | $0.00 |
| 196 | Interest charged for late payment | 20183405 | 09-10-2018 | $56,911.77 |
| 582 | Lien placed on assets due to balance owed | | 07-19-2019 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 07-23-2019 | $0.00 |
| 971 | Notice issued CP 071D | | 11-16-2020 | $0.00 |
| 196 | Interest charged for late payment | 20204405 | 11-16-2020 | $16,168.53 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 07-08-2021 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 09-03-2021 | $0.00 |
| 960 | Appointed representative | | 10-11-2022 | $0.00 |
| 670 | Payment 00 | | 08-19-2026 | -$10,000.00 |

This Product Contains Sensitive Taxpayer Data

Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Form CIVIL PENALTY Account Transcript

Request Date: 10-27-2026
Response Date: 10-27-2026
Tracking Number: 111662501218

Form Number: CIVIL PENALTY
Report for Tax Period Ending: 12 1 2005
Taxpayer Identification Number: XXX-XX-

DAVI STON
11757

POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE

**Any minus sign shown below signifies a credit amount**

| | | | |
|---|---|---|---|
| Account balance: | $60, 75.11 | | |
| Accrued interest: | $51,125.78 | As of: | 11 09 2026 |
| Accrued penalty: | $0.00 | As of: | 11 09 2026 |
| Account balance plus accruals (this is not a payoff amount): | $111,500.89 | | |

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 240 | Miscellaneous penalty<br>29254-668-52102-6<br>06-02-2036<br>IRC 6672 Trust Fund Recovery Penalty | 20064008 | 10-16-2006 | $65,384.14 |
| 290 | Additional tax assessed<br>00-00-0000 | 20064008 | 10-16-2006 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 04-13-2007 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 06-12-2007 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- refused or unclaimed | | 07-13-2007 | $0.00 |
| 971 | Installment agreement established | | 11-21-2007 | $0.00 |
| 971 | Installment agreement established | | 11-21-2007 | $0.00 |
| 530 | Balance due account currently not collectible - due to hardship | | 12-11-2007 | $0.00 |
| 971 | No longer in installment agreement status | | 12-11-2007 | $0.00 |
| 971 | Notice issued<br>CP 071A | | 11-08-2010 | $0.00 |
| 971 | Notice issued<br>CP 071A | | 11-07-2011 | $0.00 |
| 971 | Notice issued<br>CP 071A | | 11-05-2012 | $0.00 |
| 531 | Account currently considered collectible | | 08-12-2013 | $0.00 |
| 971 | Federal Payment Levy Program - Levy Issued | | 12-30-2013 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 01-17-2014 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 01-23-2014 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 11-12-2014 | $0.00 |

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 520 | Bankruptcy or other legal action filed | | 02-06-2015 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 04-24-2015 | $0.00 |
| 550 | IRS can collect until<br>06-02-2036 | | 08-10-2016 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 08-19-2016 | $0.00 |
| 583 | Removed lien | | 11-18-2016 | $0.00 |
| 521 | Removed bankruptcy or other legal action | | 11-15-2017 | $0.00 |
| 971 | First Levy Issued on Module | | 12-11-2017 | $0.00 |
| 971 | Federal Payment Levy Program - Levy Issued | | 12-11-2017 | $0.00 |
| 971 | Federal Payment Levy Program - Levy Issued | | 02-12-2018 | $0.00 |
| 971 | Passport certified seriously delinquent tax debt | | 07-23-2018 | $0.00 |
| 971 | Federal Payment Levy Program - Levy Issued | | 08-06-2018 | $0.00 |
| 971 | Notice issued<br>CP 071C | | 09-10-2018 | $0.00 |
| 196 | Interest charged for late payment | 20183405 | 09-10-2018 | $42,824.58 |
| 582 | Lien placed on assets due to balance owed | | 07-19-2019 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 07-23-2019 | $0.00 |
| 971 | Notice issued<br>CP 071D | | 11-16-2020 | $0.00 |
| 196 | Interest charged for late payment | 20204405 | 11-16-2020 | $12,166.39 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 07-08-2021 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 09-03-2021 | $0.00 |
| 960 | Appointed representative | | 12-14-2021 | $0.00 |
| 670 | Payment<br>00 | | 08-03-2026 | -$10,000.00 |
| 670 | Payment<br>00 | | 08-17-2026 | -$10,000.00 |
| 670 | Payment<br>00 | | 09-03-2026 | -$10,000.00 |
| 670 | Payment<br>00 | | 09-11-2026 | -$10,000.00 |
| 670 | Payment<br>00 | | 08-26-2026 | -$10,000.00 |
| 670 | Payment<br>00 | | 09-23-2026 | -$10,000.00 |

This Product Contains Sensitive Taxpayer Data